

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adham Magdy Elebyany <br><br> Plaintiff, <br> V. <br> San Diego Sheriffs Department; San Diego Judicial Committee; Judge William Y Woods; Judge Harry Powazek <br><br> Defendant. | Civil Action No. 20-cv-02292-DMS-AGS <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion to Proceed IFP is GRANTED and the Complaint is DISMISSED without prejudice for failure to state a claim.

Date:  5/14/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy